## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:09CR157** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DESTANI ARNOLD,** | ) | |
| | ) | **ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge Benita Y. Pearson's Report and Recommendation that the Court ACCEPT Defendant Destani Arnold's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 76).

On March 1, 2009, the government filed an Indictment against Defendant. (Dkt. # 1). On September 23, 2009, this Court issued an order assigning this case to Magistrate Judge Pearson for the purpose of receiving Defendant's guilty plea. (Dkt. # 72).

On September 28, 2009, a hearing was held in which Defendant entered a plea of guilty to Count 7 of the Indictment, withholding information on a crime, in violation of 18 U.S.C. § 4. Magistrate Judge Pearson received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea

and enter a finding of guilty. (Dkt. # 76).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 7, in violation of 18 U.S.C. § 4. The sentencing will be held on December 15, 2009, at 9:00 a.m.

**IT IS SO ORDERED**.

                                        **/s/ Peter C. Economus - October 14, 2008**
                                        **PETER C. ECONOMUS**
                                        **UNITED STATES DISTRICT JUDGE**